UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTOINE GORUM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DESERT MOON HOSPITALITY MOTEL LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-01540-APG-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion Seeking Relief from Providing his Financial Certificate and his Trust Account Information (ECF No. 3) because of delay by the law library that Plaintiff perceives is intentional. The Court notes that Plaintiff's Complaint was received on August 19, 2021.

It is true that under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action and proceed *in forma pauperis* must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (including pages 1 through 3 with the inmate's two signatures on page 3);

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (page 4 of this Court's approved form); and,

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. If Plaintiff has not been at the facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates he has been present at the facility. However, the Court generally provides inmates sixty (60) days to comply with this requirement.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion Seeking Relief from Providing his Financial Certificate and his Trust Account Information (ECF No. 3) is DENIED without prejudice.

IT IS FURTHER ORDERED that on or before **November 1, 2021**, Plaintiff shall either pay the full $402 filing fee for a civil action or file the following with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (including pages 1 through 3 of the form with the inmate's two signatures on page 3);

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (page 4 of this Court's approved form); and,

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. If Plaintiff has not been at the facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates he has been present at the facility.

IT IS FURTHER ORDERED that if Plaintiff is unable to obtain the documents necessary to file a complete application to proceed *in forma pauperis* on or before November 1, 2021, Plaintiff may renew his motion seeking to be excused from doing so.

Dated this 2nd day of September, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE