UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTOINE GORUM,<br><br>    Plaintiff,<br><br>  v.<br><br>DESERT MOON HOSPITALITY MOTEL LLC, et al.,<br><br>    Defendants. | Case No. 2:21-cv-01540-APG-EJY<br><br>**ORDER** |

Pending before the Court are Plaintiff's Motion Asking the Court to Excuse and Move Forward with Plaintiff's Complaint (ECF No. 6) and Motion Asking the Court to Cancel Plaintiff's Last Motion (ECF No. 7). Plaintiff explains his Motion to Excuse is moot because he has received the information needed to file his complete *in forma pauperis* application. Thus, the purpose of the Motion to Excuse has been met.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion Asking the Court to Cancel Plaintiff's Last Motion (ECF No. 7) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion Asking the Court to Excuse and Move Forward with Plaintiff's Complaint (ECF No. 6), is struck from the record at Plaintiff's request.

Dated this 27th day of September, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE