# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE ANTHONY GORUM,<br><br>    Plaintiff<br><br>v.<br><br>DESERT MOON HOSPITALITY MOTEL LLC, et al.,<br><br>    Defendants | Case No.: 2:21-cv-01540-APG-EJY<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 11] |

On October 6, 2021, Magistrate Judge Youchah recommended that I dismiss plaintiff Antoine Gorum's complaint for lack of subject matter jurisdiction. ECF No. 11. Gorum did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 11) is accepted**. Plaintiff Antoine Gorum's complaint (**ECF No. 1-1) is dismissed for lack of subject matter jurisdiction** and without prejudice to the plaintiff pursuing his claims in state court. The clerk of court is instructed to close this case.

DATED this 27th day of October, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE